# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-1632

Pamela J. Mahler

Appellant

v.

First Dakota Title Limited Partnership, a South Dakota Domestic Limited Partnership, et al.

Appellees

_____

Appeal from U.S. District Court for the Northern District of Iowa - Sioux City
(5:16-cv-04127-LRR)
_____

## MANDATE

In accordance with the opinion and judgment of 07/31/2019, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

August 26, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit